PAULINE FINKEL, Appellant, v. MORRIS KAUFFMAN, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

HELEN WALD, Respondent, v. JACOB KRAUS and Another, Appellants.— Judgment and order reversed and a new trial ordered, with costs to the appellants to abide the event, upon the ground that the verdict is against the evidence and the weight thereof. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

SAMUEL WALD, Respondent, v. JACOB KRAUS and Another, Appellants.— Judgment and order reversed and a new trial ordered, with costs to the appellants to abide the event, upon the ground that the verdict is against the evidence and the weight thereof. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MARJORIE DEE WOODARD, Appellant, v. CHARLES P. MADSEN, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

HARRY KUPFERMAN, Respondent, v. LENOX BAKERY AND DAIRY, INC., Appellant, Impleaded, etc.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to the said defendant to answer supplemental complaint within ten days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JACOB GOODRICH, as Administrator, etc., of LEO GOODRICH, Deceased, Appellant, v. LONG ISLAND RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

WILLIAM E. AHRENS, Respondent, v. JAMES P. DONNELLY and Another, Defendants, Impleaded with DAVID MALTMAN and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THIESSEN HOLDING CORPORATION, Respondent, v. JOHN C. JUDGE, Appellant. — Determination affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE FARMERS' LOAN AND TRUST COMPANY, as Substituted Trustee under a Certain Deed of Trust, etc., Made by EDWARD STEPHEN WHITE, Plaintiff, v. ANGELE IRENE CALLAN, Appellant, Impleaded, etc. ANNA M. PURCELL, as Administratrix, etc., of BRIDGET WHITE, Deceased, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.